WILLIAM W. FARLEY, as State Commissioner of Excise, Respondent, *v.* ONE HUNDRED AND EIGHTY BOTTLES OF LIQUOR.

JOHN H. WILSON, Appellant.

*Clement* v. *One Hundred & Eighty Bottles of Liquor* (*Wilson*), 143 App. Div. 960, appeal dismissed.

(Argued January 10, 1912; decided January 30, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 1, 1911, which affirmed an order of the Orleans County Court denying a motion to dismiss the complaint herein and to set aside a search warrant and seizure thereon.

*H. A. Blake* and *John C. Knickerbocker* for appellant.

*Louis M. King* and *A. M. Sperry* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.